ACCEPTED
04-15-00006-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/8/2015 11:42:20 AM
KEITH HOTTLE
CLERK

## NO. 04-15-00006-CV

### IN THE COURT OF APPEALS
### FOURTH JUDICIAL DISTRICT
### SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

5/8/2015 11:42:20 AM

KEITH E. HOTTLE
Clerk

********************

### ROBERT TYSON, CARL AND KATHY TAYLOR
### LINDA AND RON TETRICK, JIM AND NANCY WESCOTT and
### PAUL AND RUTHIE NILSON
### Appellants

v.

### ROBERT N. FREEMAN, II
### Appellee

********************

### On Appeal From
### The 198th Judicial District Court
### of Bandera County, Texas

********************

### APPELLEE'S MOTION TO EXTEND TIME
### TO FILE APPELLEE'S BRIEF

**MOSTY LAW FIRM**
Richard C. Mosty
C. Dixon Mosty
222 Sidney Baker, Suite 400
Kerrville, Texas 78028

Attorneys for Appellee,
Robert N. Freeman, II

NO. 04-15-00006-CV

IN THE COURT OF APPEALS
FOURTH JUDICIAL DISTRICT
SAN ANTONIO, TEXAS

********************

ROBERT TYSON, CARL AND KATHY TAYLOR
LINDA AND RON TETRICK, JIM AND NANCY WESCOTT and
PAUL AND RUTHIE NILSON
Appellants

v.

ROBERT N. FREEMAN, II
Appellee

********************

On Appeal From
The 198th Judicial District Court
of Bandera County, Texas

********************

## MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

To the Honorable Court of Appeals:

Appellee respectfully asks the Court to extend the time to file its Brief.

Appellant's Amended Brief was filed with the Fourth Court of Appeals on April 10, 2015.

The Appellee's Brief is due on May 12, 2015. Tex. R. App. P. 38.6(a); Tex. R. App. P. 4.1.(a).

Appellee requests an additional 30 days to file his Brief, extending the time until June 11, 2015.

Appellee requests an extension because the undersigned counsel has been in trial preparations, and in actual jury trial, along with other cases that prevents counsel from timely submitting Appellee's Brief.

This is Appellee's first request for an extension of time.

For these reasons, Appellee asks the Court to grant an extension of time to file Appellee's Brief until June 11, 2015.

Respectfully submitted,

**MOSTY LAW FIRM**

By: _____
Richard C. Mosty
State Bar No. 14594800
rmosty@mostylaw.com
C. Dixon Mosty
State Bar No. 24041532
cdmosty@mostylaw.com
222 Sidney Baker, Suite 400
Kerrville, Texas 78028
Telephone No. (830) 792-7711
Telefax No. (830) 792-7717

**Attorneys for Appellee,**
**Robert N. Freeman, II**

## CERTIFICATE OF SERVICE

I certify that a true copy of this motion has been served on counsel of record on ___May 8___, 2015, as follows:

Carole K. Boyd
ckbesq@hctc.net
15751 Highway 16 North
Medina, Texas 78055

Telefax No. (830) 589-7598

_____
Richard C. Mosty
C. Dixon Mosty